IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk  
Therese Lindblom, Court Reporter  
Caryl Ricca, Probation Officer  
Irina Kamensky, Interpreter  

Date: May 31, 2007

Criminal Action No. 06-cr-00412-EWN

*Parties:*      *Counsel:*

UNITED STATES OF AMERICA,      Gregory Holloway

    Plaintiff,

v.

2.  ALEKSEY GRIGORYEV,      La Fonda Jones

    Defendant.

## SENTENCING MINUTES

**9:31 a.m.**      Court in session.

**Defendant pled guilty on February 28, 2007, to Counts 1 and 2 of the Indictment.**

Interpreter is sworn; parties stipulate to interpreter's qualifications.

Mitigation statement by Ms. Jones.

Statement by Defendant.

Statement by Mr. Holloway.

**9:36 a.m.**      Court continues in closed session.

*Sentencing Minutes*
*06-cr-00412-EWN*
*Judge Edward W. Nottingham*
*Page 2 of 3*

Discussion regarding *Ex Parte* document #93 in closed courtroom.

Court's findings.

**ORDERED:  1.** **Government's Motion for Downward Departure (#91, filed May 7, 2007) is GRANTED.**

**ORDERED:  2.** **No fine is imposed.**

**ORDERED:  3.** **Defendant is sentenced to a term of probation of five years.**

**ORDERED:  4.** **Conditions of probation are:**

   **a.** **Defendant is to observe all of the standard conditions of probation.**

   **b.** **Defendant is not to possess any firearm, destructive device or any other dangerous weapon as defined by federal or state statute.**

   **c.** **Defendant is not to illegally possess or use controlled substances.**

   **d.** **The drug testing condition is suspended.**

   **e.** **Defendant is not to commit a federal, state, or local crime.**

   **f.** **Defendant shall cooperate in the collection of DNA as directed by the probation officer.**

   **g.** **If defendant is deported, he shall not re-enter the United States illegally during the term of supervised release.  If defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.**

   **h.** **Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless he is in compliance with all periodic payment**

*Sentencing Minutes*
*06-cr-00412-EWN*
*Judge Edward W. Nottingham*
*Page 3 of 3*

        **obligations imposed pursuant to the court's judgment and sentence.**

**ORDERED: 5.**   **Defendant shall make restitution payments in the total amount of $11,925.20. This amount is owed jointly and severally with co-defendants Igor Kontorovich and James Swain. It is to be satisfied no later than when the term of probation expires. It is due and payable in either a lump sum or in equal monthly installments, commencing within thirty days of sentencing.**

**ORDERED: 6.**   **Defendant shall pay a special assessment fee of $100 due immediately.**

**ORDERED: 7.**   **Payments made pursuant to the court's judgment shall be applied in the following order: (i.) special assessment, (ii.) restitution principal.**

**ORDERED: 8.**   **Plea agreement is accepted.**

Defendant is advised of his right to appeal.

**10:09 a.m.**   Court in recess.

Hearing concluded.

Total time in court:   00:38