# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-cr-00412-REB-02

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

ALEKSEY GRIGORYEV,

       Defendant.

---

## ORDER TERMINATING PROBATION
## PRIOR TO ORIGINAL EXPIRATION DATE

---

On August 5, 2010, the defendant submitted a letter to the Court for early termination of probation in this case. On August 6, 2010, the Court ordered that the Probation Office and United States respond in writing by August 27, 2010. Neither the Probation Office nor United States has objected to the proposed relief. Accordingly, it is

ORDERED that the defendant be discharged from probation and that the proceedings in the case be terminated.

DATED at Denver, Colorado, this 23rd day of August, 2010.

BY THE COURT:

Robert E. Blackburn
United States District Judge